PARSONS-OLD COUNTRY CLUB PROPERTIES, INC., Appellant, v. JAMES McGOVERN and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of ARTHUR ARONSON and Others, Appellants, for an Order against JAMES E. FINEGAN and Others, Constituting the Municipal Civil Service Commission of the City of New York, and FRANK J. TAYLOR, as Comptroller of the City of New York, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of HAROLD D. SIMPSON, Appellant, on Behalf of Himself and All Others Similarly Situated for an Order against FRANK J. TAYLOR, as Comptroller of the City of New York, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

BELLE LOWENFELD, Respondent, v. ISAAC LOWENFELD, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

WILLIAM C. CLARKE and JOSEPHINE EVARTS, Respondents, v. LEONARD B. SMITH, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

DANIEL POLANSKY, Appellant, v. AMERICAN CYANAMID COMPANY, Respondent. — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

JOHN AEVALIOTIS and Others, Appellants, v. JAMES STOUPAKIS, Respondent. ANNA NEOS, Assignee of JAMES STOUPAKIS, Respondent, v. JAMES KALOS, Defendant, Interpleaded with EVANGELOS KOUMOUDOURIS and Another, Appellants.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of SCON LOUIS MOZIANOF, Appellant, against WILLIS E. MERRIMAN, as Superintendent of the Manhattan State Hospital in the Department of Mental Hygiene of the State of New York, and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of FLORENCE V. RYAN, Respondent, for Herself and on Behalf of All Other Persons, Who, Except for Their Age, are Qualified to Participate in the Civil Service Examination to Be Given for the Position of Clerk, Grade 2, as Heretofore Announced, for an Order against JAMES E. FINEGAN and Others, Constituting the Municipal Civil Service Commission of the City of New York, and WILLIAM H. ALLEN, as Secretary of Such Commission, Appellants. — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ. [166 Misc. 548.]